1  LAW OFFICES OF GAY CARROLL-HARING
   GAY L. CARROLL-HARING (SBN 203803)
2  770 L Street, Suite 950
   Sacramento, CA  95814
3  T:  (916) 443-3553
   F:  (916) 443-2424
4  Email:  gcarroll@gaycarroll.com

5  Attorneys for Plaintiff
   LINDA DEL VALLE
6

7  JACKSON LEWIS P.C.
   MICHAEL J. CHRISTIAN (SBN 173727)
8  SHANE R. LARSEN (SBN 283966)
   400 Capitol Mall, Suite 1600
9  Sacramento, California  95814
   Telephone:     (916) 341-0404
10 Facsimile:     (916) 341-0141
   Email:  ChistiM@jacksonlewis.com
11         Shane.Larsen@jacksonlewis.com

12 Attorneys for Defendants
   THE PERMANENTE MEDICAL GROUP, INC.,
13 and JAMES THUM

14
                SUPERIOR COURT OF THE STATE OF CALIFORNIA
15
              EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION
16

17

| LINDA DEL VALLE, an Individual, | Case No. 2:16-CV-00910-MCE-CKD |
|---|---|
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR PARTIAL DISMISSAL AND REMAND TO STATE COURT; AND ORDER THEREON** |
| THE PERMANENTE MEDICAL GROUP, INC.; and JAMES THUM, an Individual; and DOES 1 through 30, inclusive, | |
| Defendants. | Complaint Filed:     February 11, 2016 |

25         Defendants THE PERMANENTE MEDICAL GROUP, INC. ("TPMG"), and

26 JAMES THUM (collectively "Defendants") and Plaintiff LINDA DEL VALLE ("Plaintiff") by

27 and through their attorneys hereby stipulate as follows:

28

1

1  Plaintiff dismisses with prejudice the following causes of action: (1) breach of contract; (2) breach of covenant of good faith and fair dealing; (3) intentional infliction of emotional distress; and (4) negligent infliction of emotional distress, constituting Plaintiff's ninth, tenth, eleventh, and twelfth causes of action respectively.  Plaintiff further dismisses with prejudice James Thum as an individual defendant in this Action.

The Parties further agree and hereby stipulate to remand this Action, following the dismissal of Defendant Thum and the above referenced causes of action, to the Superior Court of the State of California for the County of Placer.  With this Stipulation, Defendants do not oppose the remand to state court.  All parties to bear their own costs and attorneys' fees regarding the removal and remand.

An Order accompanies this Stipulation.

Date: May 26, 2016            LAW OFFICES OF GAY CARROLL-HARING

                              By: /s/ Gay Carroll-Haring (as auth. on 5.26.16)
                                  GAY CARROLL-HARING

                              Attorneys for Plaintiff
                              LINDA DEL VALLE

Date: May 26, 2016            JACKSON LEWIS P.C.

                              By: /s/ Michael J. Christian
                                  MICHAEL J. CHRISTIAN
                                  SHANE R. LARSEN

                              Attorneys for Defendants
                              THE PERMANENTE MEDICAL GROUP, INC.,
                              and JAMES THUM

# ORDER OF PARTIAL DISMISSAL
# AND REMAND TO STATE COURT

Upon stipulation of the Parties, Plaintiff's claims for: breach of contract; breach of covenant of good faith and fair dealing; intentional infliction of emotional distress; and negligent infliction of emotional distress are hereby dismissed with prejudice.  Furthermore, Defendant James Thum is dismissed with prejudice as an individual defendant in this Action by stipulation of the Parties.  Plaintiff's remaining claims are hereby remanded to the Superior Court of the State of California for the County of Placer for the continued litigation of this Action.  All parties shall bear their own costs and attorneys' fees regarding the removal and remand of this Action.

IT IS SO ORDERED.

Dated:  June 2, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE